UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Mary M. Zapata, Individually and as Administrator | § | |
| of the Estate of Jaime J. Zapata, Amador Zapata, Jr., | § | |
| and Victor Avila, Jr. | § | |
| | § | |
| v. | § | |
| | § | |
| The United States of America; Manuel Barba; | § | Civil Action No.1:13-cv-00022 |
| Otilio Osorio; Ranferi Osorio; Kelvin Morrison; | § | |
| Blandon Derrick Shaffer; Robert Riendfliesh; | § | |
| JJ's Pawn Shop, Inc.; Off-Duty Enterprises, Inc.; | § | |
| Unknown FFL Dealer; BAE Systems, Inc.; | § | |
| Department of Justice; Department of Homeland | § | |
| Security; Kenneth Melson; William D. Newell; | § | |
| Hector Tarango; David Voth; Juan Gelista; | § | |
| Jere T. Miles; Anthony Salisbury; Raul O. Aguilar; | § | |
| and John and Jane Doe(s) | § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' ORIGINAL COMPLAINT**

On this _14th_ day of 2013, the Court heard Plaintiffs' Motion to Seal Plaintiffs' Original

Complaint.

Having considered the Motion, the Court hereby **GRANTS** Plaintiffs' Motion.

It is thereby **ORDERED** that *Plaintiffs' Original Complaint* is sealed.

**SIGNED FOR ENTRY** this _14th_ day of _Feb_____, 2013.

_____
**JUDGE PRESIDING**