# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**DAVID J. BRADLEY**
CLERK OF COURT

600 E. HARRISON STREET
BROWNSVILLE, TX  78520-7114
956-548-2500

July 11, 2013

**Edward J Martin**
US Department of Justice, Civil Division
1425 New York Ave. NW, Rm 8142
Washington, DC 20005

**Erin Hudson**
Atlas, Hall & Rodriguez, LLP
50 W. Morrison Rd.
Ste. A
Brownsville, TX 78520

IN RE: Mary M. Zapata, et al . vs. The United States of America et, al.
District Court No.: 1:13CV22
Circuit Court No.:

Dear Counsel:

        Enclosed is a CD containing the electronic record for the above Notice of Appeal.  Please prepare your brief regarding this appeal using this copy of the paginated record.

Very truly yours,

David J. Bradley, Clerk

By:  /s/ Dahlila Ahumada

Deputy Clerk

/da
Enclosure

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**DAVID J. BRADLEY**
CLERK OF COURT

600 E. HARRISON STREET
BROWNSVILLE, TX  78520-7114
956-548-2500

July 11, 2013

**Edward J Martin**
US Department of Justice, Civil Division
1425 New York Ave. NW, Rm 8142
Washington, DC 20005

**Erin Hudson**
Atlas, Hall & Rodriguez, LLP
50 W. Morrison Rd.
Ste. A
Brownsville, TX 78520

IN RE: Mary M. Zapata, et al . vs. The United States of America et, al.
District Court No.: 1:13CV22
Circuit Court No.:

Dear Counsel:

Enclosed is a CD containing the electronic record for the above Notice of Appeal.  Please prepare your brief regarding this appeal using this copy of the paginated record.

Very truly yours,

David J. Bradley, Clerk

By:  /s/ Dahlila Ahumada

Deputy Clerk

/da
Enclosure