## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**DAVID J. BRADLEY**
CLERK OF COURT

600 E. HARRISON STREET
BROWNSVILLE, TX  78520-7114
956-548-2500

July 11, 2013

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

IN RE: Mary M. Zapata et al. vs. Manuel Barba et, al.
District Court Case No.: 1:13CV22
Circuit Court Case No:

Dear Mr. Cayce:

Enclosed is a printed copy of the electronic record on appeal in the above referenced matter.  This record contains 8 volumes of the printed record on appeal.

- No hearings were held in this matter..

- Copies of sealed documents are enclosed.

- No state court records exist in this case.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J. Bradley, Clerk