**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| MARY M. ZAPATA et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 1:13-cv-00022 (ASH) |
| | ) |
| UNITED STATES et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS DEPARTMENT OF JUSTICE AND DEPARTMENT OF HOMELAND**
**SECURITY'S ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**

Defendants United States Department of Justice and United States Department of Homeland Security ("Defendants") hereby answer the claims against them in Plaintiffs' Fourth Amended Complaint ("Complaint"), which are limited to claims brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The answer is contained in the following numbered paragraphs, which correspond to the numbered paragraphs in the Complaint relevant to the claims against the Department of Justice and Department of Homeland Security:

16. Defendant Department of Justice admits the statement in the first sentence of this paragraph. The statement in the second sentence of this paragraph contains a legal conclusion regarding service of process, to which no response is required. Defendant Department of Justice denies it filed an answer on March 28, 2013. Defendant Department of Justice admits it filed an answer to the Third Amended Complaint on March 27, 2013.

17. Defendant Department of Homeland Security admits the statement in the first sentence of this paragraph. The statement in the second sentence of this paragraph contains a legal conclusion regarding service of process, to which no response is required. Defendant

1

Department of Homeland Security denies it filed an answer on March 28, 2013.  Defendant

Department of Homeland Security admits it filed an answer to the Third Amended Complaint on

March 27, 2013.

29.     This paragraph contains an allegation that "[t]he Court has jurisdiction over

Plaintiffs' FOIA action under 5 U.S.C. § 552(a)(4)(B)."  This statement is a legal conclusion

regarding jurisdiction, to which no response is required.

30.     This paragraph contains a legal conclusion regarding venue, to which no response

is required.

163.    This paragraph re-alleges and incorporates by reference the preceding paragraphs

in the Complaint.  No response is required.

164.    This paragraph contains a characterization of Plaintiffs' Freedom of Information

Act ("FOIA") claims and a legal conclusion.  No response is required.

165.    Defendant Department of Justice admits the allegation in this paragraph.

166.    Defendant Department of Homeland Security admits the allegation in this

paragraph.

167.    This paragraph contains a characterization of Plaintiffs' correspondence with

Defendants, to which no response is required.

168.    This paragraph contains legal conclusions and a characterization of

correspondence from Defendants, to which no response is required.  Defendants deny the

statements in the remainder of the paragraph.

169.    This paragraph contains legal conclusions, to which no response is required.

170.    Defendants deny.

171.    This paragraph contains a prayer for relief, to which no response is required.  If a response is required, Defendants deny that Plaintiffs are entitled to the relief requested.

184.    The statement in the first sentence of this paragraph contains a characterization of Plaintiffs' lawsuit, to which no response is required.  The statement in the second sentence of this paragraph contains a legal conclusion, to which no response is required.

The other paragraphs in the Complaint are unrelated to Plaintiffs' FOIA claims, and therefore no response is required in this Answer.  With respect to all allegations related to Plaintiffs' FOIA claims, Defendants deny each and every allegation of the Complaint, except to the extent expressly admitted or qualified above.

Dated:  October 30, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*Luke M. Jones*
LUKE M. JONES
Attorney-In-Charge
Virginia Bar Number 75053
Admitted *Pro Hac Vice*
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6126
Washington, DC 20530
Tel: (202) 514-3770
Fax: (202) 616-8460
Email:  luke.jones@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.3, I hereby certify that, on this 30th day of October, 2013, the

forgoing Answer will be served on Plaintiffs' counsel electronically by means of the Court's

CM/ECF software.


Dated: October 30, 2013                          */s/ Luke M. Jones*
                                                 LUKE M. JONES