# DEFENSE EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY M. ZAPATA, Individually and as ) <br> Administrator of the Estate of ) <br> Jaime J. Zapata, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> et al ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 1:13-cv-00022 |

## DECLARATION OF AMY DeROCHER

I, Amy DeRocher of the Office of Workers' Compensation Programs, United States Department of Labor, hereby declares and states that:

1. I am the Acting Chief of the Branch of Regulations, Policy and Procedure for the Division of Federal Employees' Compensation, Office of Workers' Compensation Programs (OWCP), United States Department of Labor, Washington, D.C., and as part of my duties and responsibilities, I am familiar with the actions of the OWCP regarding claims for compensation under the Federal Employees' Compensation Act ("FECA"), 5 U.S.C. § 8101 *et seq.* A review of Special Agent Victor Avila, Jr.'s official FECA case files and the computer records maintained by OWCP reveals the following:

2. I was provided and have reviewed a copy of the complaint filed by the plaintiffs in the above-captioned matter.

3. I directed a search to be made of the records of OWCP, which disclosed that

Special Agent Victor Avila, Jr. filed for FECA benefits as a result of the February 15, 2011 incident referenced in this case.

4.   On March 10, 2011, OWCP accepted Special Agent Avila's claim for open wound of the left hip, thigh, knee, leg and ankle with complications, as well as open wound to the chest, tinnitus and multiple and unspecified open wounds of the arm.

5.   Pursuant to FECA, Special Agent Avila, Jr. received continuation of pay from the date of injury until April 3, 2011, and temporary total disability compensation from April 4, 2011 until July 17, 2011, at which time he returned to work full time with no restrictions. OWCP also paid medical bills associated with treatment of his accepted conditions.

6.   On March 28, 2013, Special Agent Avila, Jr. filed a claim for recurrence of disability, claiming that he began experiencing periods of anxiety and PTSD.

7.   By letter dated April 19, 2013, OWCP informed Mr. Avila that his claim for recurrence of disability had been accepted. OWCP additionally accepted his claim for acute reaction to stress, posttraumatic stress disorder and adjustment disorder with mixed anxiety and depression.

8.   Mr. Avila has received disability compensation since April 6, 2013 and OWCP has paid medical bills associated with treatment of these disorders.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. Dated this 6th day of November, 2013.

Amy DeRocher
Acting Chief, Branch of Regulations,
 Policy and Procedure
Division of Federal Employees' Compensation
OWCP