United States District Court
Southern District of Texas
**ENTERED**
May 01, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARY M. ZAPATA, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13-CV-00022 |
| | § | |
| MANUEL BARBA, *et al.*, | § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

Having granted the United States' Motion for Summary Judgment concerning the Freedom of Information Act, this Court has ruled on all claims and disposed of all parties. Therefore, it enters this Final Judgment. The Plaintiffs take nothing as to any and all parties. All fees and costs are to be paid by the party incurring same.

SIGNED this 1st day of May, 2019.

_____
Andrew S. Hanen
United States District Judge